UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**IDC INDUSTRIES, INC.,**

    Plaintiff,

                                                                                            Civil No. **09-14803**
                                                                                          Hon. John Feikens

    v.

**CONSOL ENERGY, INC.,**

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

       The Court having reviewed the Amended Magistrate Judge's Report and Recommendation filed on 2/11/2010, the Defendant's Objection filed on 3/2/2010, and the Plaintiff's Response to the Objection filed on 3/10/2010.

       **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                                **s/John Feikens**
                                                                John Feikens
                                                                United States District Judge

Dated: March 15, 2010

| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 15, 2010. |
|---|
| s/Carol Cohron<br>Deputy Clerk |